

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00796-CR

Draven Rene **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-1382-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgments are
AFFIRMED.

SIGNED November 6, 2024.

_____
Lori Massey Brissette, Justice